In the Matter of SANTOS SUAREZ, Appellant, v JOHN BYRNE et al., Respondents.

Submitted July 16, 2007; decided October 16, 2007

Reported below, 40 AD3d 546.

Motion for poor person relief granted.

In the Matter of the Application of NYAPATI R. RAO, M.D., M.S., as Chairman of the Department of Psychiatry and Behavioral Sciences at Nassau University Medical Center, Respondent, for an Order Authorizing the Involuntary Treatment of CATHERINE F., a Patient at Nassau University Medical Center, Appellant.

Submitted October 9, 2007; decided October 18, 2007

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

In the Matter of DAVID J. CIRAOLO, Appellant. WHITEY PRODUCE Co., INC., et al., Respondents.

Submitted August 20, 2007; decided October 18, 2007

Reported below, 37 AD3d 461.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DATA TREE, LLC, Appellant, v EDWARD P. ROMAINE, Respondent.

Submitted October 15, 2007; decided October 18, 2007

Reported below, 36 AD3d 804.

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.